UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAREINA A SAULS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON COURTS OF APPEALS et al,<br><br>　　　　　Defendants. | CASE NO. 3:25-cv-05950-JHC<br><br>ORDER |

　　　　Before the Court is Plaintiff's "Emergency Motion." Dkt. # 5. The motion appears to seek a temporary restraining order without notice to Defendants. *Id.* Federal Rule of Civil Procedure 65(b)(1) governs such motions. But Plaintiff does not comply with that rule's requirements to provide "specific facts in an affidavit or a verified complaint [that] clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and a written certification of "any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(A) and (B). Thus, the Court DENIES the motion.

//

ORDER - 1

Dated this 18th day of November, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2