UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAREINA A SAULS,<br><br>                    Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON COURTS OF APPEALS et al,<br><br>                    Defendants. | CASE NO. 3:25-cv-05950-JHC<br><br>ORDER |

Before the Court is Plaintiff's motion for service through the United States Marshals Service. Dkt. # 6. The motion says, "Plaintiff has been granted in forma pauperis status in this case." *Id.* But the docket shows that her motion for leave to proceed in forma pauperis has not been granted due to filing deficiency. Dkt. ## 1, 4. Thus, the Court DENIES the motion for service.

Dated this 18th day of November, 2025.

John H. Chun
United States District Judge

ORDER - 1