UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAREINA A SAULS, | CASE NO. 3:25-cv-05950-JHC |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON COURTS OF APPEALS, et al., | |
| Defendants. | |

This matter comes before the Court sua sponte.  Dkt. # 6.

On November 24, 2025, a Magistrate Judge of this court granted Plaintiff permission to proceed in forma pauperis (IFP).  *See* Dkt. # 10.  And the Court has reviewed Plaintiff's complaint, Dkt. # 11, under 28 U.S.C. § 1915(e)(2).

Federal Rule of Civil Procedure 4(c)(3) provides, "At the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court.  The court must so order if the plaintiff is authorized to proceed in forma pauperis."

ORDER - 1

The Court previously denied Plaintiff's request for such service because at the time she had not been granted leave to proceed IFP. Dkt. # 9. Because she has now been granted such leave, the Court ORDERS as follows:

1.      The Clerk shall provide copies of the summons (Dkt. # 1-3) and the complaint (Dkt. # 11) to the United States marshal or deputy marshal within seven days of the date of this Order; and

2.      The United States marshal or deputy marshal shall serve Defendants, at the address set forth at Dkt. # 1-2, with a copy of the summons and complaint within 30 days of the date of this Order.

Dated this 18th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2