UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LAREINA A SAULS,

Plaintiff,

v.

STATE OF WASHINGTON COURTS OF APPEALS, et al.,

Defendants.

CASE NO. 3:25-cv-05950-JHC

**ORDER TO SHOW CAUSE**

This matter comes before the Court sua sponte. On March 18, 2026, the Court directed the United States Marshals Service to serve Defendants pursuant to Federal Rule of Civil Procedure 4(c)(3). Dkt. # 12. On April 8, 2026, the Marshals reported that they could not effect service because Plaintiff provided them with incorrect addresses for Defendants. Dkt. # 14. Plaintiff has not yet provided correct addresses for Defendants.

The Court thus ORDERS Plaintiff to either show cause as to why this matter should not be dismissed for failure to serve under Federal Rule of Civil Procedure 4(m) or provide summonses with updated addresses for Defendants on or before Friday, November 6,

2026. The Court notes that if Plaintiff fails to either show good cause for failure to serve or provide correct addresses for Defendants, the matter will be dismissed without prejudice.

DATED this 27th day of October, 2026.

John H. Chun
United States District Judge