UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LAREINA A. SAULS,

Plaintiff,

v.

STATE OF WASHINGTON COURTS OF APPEALS, et al.,

Defendants.

CASE NO. 3:25-cv-05950-JHC

**ORDER**

This matter comes before the Court on its order to show cause at Dkt. # 15. No response was filed by the deadline. Accordingly, the Court DISMISSES this matter without prejudice.

DATED this 9th day of November, 2026.

John H. Chun
United States District Judge